KEVIN HAHN, #024277
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(949) 252-9400 Telephone
(949) 252-1032 Fax

**Attorneys for Secured Creditor,**
**AMERICAN HOME MORTGAGE SERVICING, INC.**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA
### PHOENIX DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 2:09-bk-08560-RJH |
| JERRY D. RODGERS and | Chapter 13 |
| FRANCIE L. RODGERS, | **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** |
| Debtors. | MEETING OF CREDITORS:<br>DATE: June 10, 2009<br>TIME: 1:00 PM<br>PLACE: 230 North First Avenue, Suite 102 |

**TO THE HONORABLE RANDOLPH J. HAINES, UNITED STATES BANKRUPTCY COURT JUDGE, THE CHAPTER 13 TRUSTEE, THE DEBTORS' COUNSEL AND THE DEBTORS:**

AMERICAN HOME MORTGAGE SERVICING, INC. ("AHMSI") is the holder of a secured claim recorded against property in which the Debtors claim an interest. AHMSI is, therefore, a party in interest and has standing to object to the Debtors' Chapter 13 Plan.

AHMSI is the holder of a claim secured only by a security interest in real property that is the above named Debtors' principal residence. The subject property is commonly referred to as 18641 West Western Star Boulevard, Goodyear, Arizona. The total amount that is due and owing under the Note is $316,972.19 and the pre-petition arrearage owed is $13,053.63. A true and correct copy of

AHMSI's Proof of Claim is attached and incorporated hereto as Exhibit "1." AHMSI objects to the Debtors' Plan on the following grounds:

1. The Debtors' Plan understates the pre-petition arrearages owed to AHMSI. <u>See</u> Exhibit "1" attached hereto.

2. As the Debtors' Plan understates the pre-petition arrearages owed to AHMSI, the Plan is infeasible.

Based on the foregoing, AHMSI respectfully requests that the Court deny confirmation of the Debtors' Chapter 13 Plan or order that the Chapter 13 Plan be amended to provide for payments of AHMSI's pre-petition arrearages as outlined in the attached Exhibit "1."

DATED: June 22, 2009

Respectfully Submitted,

MALCOLM CISNEROS, A Law Corporation

 */s/Kevin Hahn*
KEVIN HAHN
Attorney for Secured Creditor,
AMERICAN HOME MORTGAGE SERVICING, INC.

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
) ss.
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action; my business address is: 2112 Business Center Drive, Second Floor, Irvine, California, 92612.

On June 22, 2009, I served the following document described as **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California **(and via telecopy or overnight mail where indicated)**, addressed as follows:

> Jerry D. Rodgers
> Francie L. Rodgers
> 18641 West Western Star Boulevard
> Goodyear, AZ 85338
>
> Joseph W. Charles
> PO Box 1737
> Glendale, AZ 85311-1737
>
> Russell Brown
> Chapter 13 Trustee
> 3838 North Central Avenue
> Phoenix, AZ 85012-1965

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 22, 2009, at Irvine, California.

> /s/*Adriana Macias*
> ADRIANA MACIAS