**JOSEPH W. CHARLES, P.C.**
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311-1737
Phone: (623) 939-6546
Fax: (623) 939-6718
attyjcharles@joe charles.com

JOSEPH W. CHARLES
State Bar No. 003038
Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>JERRY D. RODGERS and<br>FRANCIE L. RODGERS,<br><br>          Debtors.<br>_____<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF SOUNDVIEW HOME LOAN TRUST 2006-OPT5, ASSET-BACKED CERTIFICATES, SERIES 2006-OPT5, and its successors and/or assignees,<br><br>          Movant,<br><br>vs.<br><br>JERRY D. RODGERS and FRANCIE L. RODGERS, Debtors; and RUSSELL BROWN, Trustee,<br><br>          Respondents.<br>_____ | Case No. 2:09-bk-08560-RJH<br><br><br><br><br><br><br><br><br><br>OBJECTION TO MOTION<br>FOR RELIEF FROM<br>AUTOMATIC STAY<br><br>RE: Real Property Located at<br>18641 W. Western Star blvd.<br>Goodyear, AZ 85338-4902 |

1

COMES NOW the debtors, JERRY D. RODGERS and FRANCIE L. RODGERS, by and through counsel undersigned, and hereby responds and objects to Movant DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF SOUNDVIEW HOME LOAN TRUST 2006-OPT5, ASSET-BACKED CERTIFICATES, SERIES 2006-OPT5, and its successors and/or assignees' Relief from the Automatic Stay as follows:

1. Movant has not shown to have proof of standing;

2. The note and Deed of Trust are in the name of H&R Block Mortgage Corporation. The note appears to use Option One Mortgage as H&R Block Corporation's agent by making Option One Mortgage responsible for collecting the payments. According to the allonge submitted by Movant, H&R Block Corporation transferred their interest in the note to Option One Mortgage Corporation that same day. However, Movant is a stranger to the note or any allonge;

3. There is no transfer of interest in the Deed of Trust. Movant submitted to the Court a Deed of Trust, but submitted no evidence that the Deed of Trust changed beneficiaries. The beneficiary remains H&R Block Corporation;

4. Movant has failed to establish a foundation for the alleged deficiency. The only documentation supplied in the Motion is their Exhibit "C" to their Motion which appears to be noting more than an internal computer printout without any testimony as to its authenticity; and

5. If the certificate holders of soundview home loan trust 2006-OPT5, asset-backed certificates, series 2006-OPT5 are found to have standing, there is no evidence that Deutsche Bank National Trust Company has authority to bring this action in their name or that Deutsche Bank National Trust is in fact the Trustee of said certificate holders. The only hint of such a power is the actual caption of their Motion.

Debtors respectfully requests that the Movant's Motion for Relief from the Automatic Stay be denied.

RESPECTFULLY SUBMITTED this 25th day of November, 2009.

JOSEPH W. CHARLES, P.C.


By /s/ Joseph W. Charles
JOSEPH W. CHARLES
5704 W. Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311
Attorney for Debtors

COPY of the foregoing
mailed this 25th day of
November, 2009, to:

Kevin Hahn
MALCOLM CISNEROS, A Law Corporation
2112 Business Center Drive
Second Floor
Irvine California 92612
Attorney for Movant

Russell A. Brown
3838 North Central Avenue
Suite 800
Phoenix, AZ 85012-1965

By: /s/ C. Short