Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona 85012-1965
602.277.8996
Fax 602.253.8346

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>JERRY D. RODGERS,<br><br>and<br><br>FRANCIE L. RODGERS,<br><br><br>                                 Debtors. | In Proceedings Under Chapter 13<br><br>Case No. 2-09-BK-08560-RJH<br><br>**TRUSTEE'S WITHDRAWAL OF**<br>**LODGED ORDER OF DISMISSAL** |

The Trustee hereby withdraws the lodged Order of Dismissal dated January 8, 2010. The debtors have filed the tax return(s) thus negating the Trustee's good cause for dismissal.

                                                        _____
                                                        Scott A. Lieske, Esq.   ABN 16250
                                                        Staff Attorney for Chapter 13 Trustee

A copy of this document was
mailed on the date signed below to:

Jerry & Francie Rodgers
18641 W. Western Star Blvd.
Goodyear, AZ 85338
Debtors

Joseph W. Charles
PO Box 1737
Glendale, AZ 85311
Attorney for Debtor(s)

_____
*sanderson@ch13bk.com*