KEVIN HAHN, #024277
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Second Floor
Irvine, California 92612
Phone: (949) 252-9400
Facsimile: (949) 252-1032

Attorney for Movant

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re<br><br>JERRY D. RODGERS AND FRANCIE L RODGERS,<br><br>    Debtors.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF SOUNDVIEW HOME LOAN TRUST 2006-OPT5, ASSET-BACKED CERTIFICATES, SERIES 2006-OPT5, and its successors and/or assignees,<br><br>    Movant,<br><br>vs.<br><br>JERRY D. RODGERS AND FRANCIE L RODGERS, Debtors, and RUSSELL BROWN, Trustee,<br><br>    Respondents. | Chapter 13<br><br>Case No. 2:09-bk-08560-RJH<br><br>**NOTICE OF SUPPLEMENTAL EXHIBIT ON DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF SOUNDVIEW HOME LOAN TRUST 2006-OPT5, ASSET-BACKED CERTIFICATES, SERIES 2006-OPT5'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |

**TO THE HONORABLE RANDOLPH J. HAINES, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTORS, THE DEBTORS'' COUNSEL, THE TRUSTEE AND OTHER INTERESTED PARTIES:**

    **PLEASE TAKE NOTICE** that DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF SOUNDVIEW HOME LOAN TRUST 2006-OPT5, ASSET-BACKED CERTIFICATES, SERIES 2006-OPT5, and its successor and/or assignees ("DEUTSCHE BANK, NATIONAL TRUST COMPANY") hereby files

NOTICE OF SUPPLEMENTAL EXHIBIT    1
Case 2:09-bk-08560-RJH    Doc 33    Filed 04/27/10    Entered 04/27/10 11:30:23    Desc
Main Document    Page 1 of 2

| | |
|---|---|
| 1 | this Notice of Supplemental Exhibit to supplement the Notice of Motion and Motion for Relief from |
| 2 | the Automatic Stay filed on November 13, 2009.  A true and correct copy of Assignment of Deed of |
| 3 | Trust is attached hereto as Exhibit "A." |
| 4 | DATED: April 27, 2010                              Respectfully Submitted, |
| 5 | MALCOLM ♦ CISNEROS, A Law Corporation |
| 6 | |
| 7 | By: /s/ Kevin Hahn, #024277 |
| | Kevin Hahn, Esq. |
| 8 | Attorney for Movant |