**SIGNED.**

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

Dated: May 12, 2010



# Minute Entry O₁

*Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | JERRY D & FRANCIE L RODGERS | | |
| **Case Number:** | 2:09-bk-08560-RJH | **Chapter:** | 13 |

_Randolph J. Haines_
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

**Date / Time / Room:** WEDNESDAY, MAY 12, 2010 11:00 AM 6TH FLOOR #603

**Bankruptcy Judge:** RANDOLPH J. HAINES
**Courtroom Clerk:** JANET SMITH
**Reporter / ECR:** SHERI FLETCHER

*Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY DEUTSCHE BANK

**R / M #:** 18 / 0

*Appearances:*

JOHN ORILE, ATTORNEY FOR JERRY D RODGERS, FRANCIE L RODGERS

*Proceedings:*

Mr. Orile reviewed his objection to the motion. He advised the debtors are working on a loan modification.

COURT: BASED UPON BOTH THE NONAPPEARANCE OF THE MOVANT AND THE FACT THAT THE MOTION DOES NOT REFLECT ANY INTEREST OF DEUTSCHE BANK IN THIS DEBT EITHER AS ASSIGNEE OR AGENT OR SERVICER IT IS ORDERED DENYING RELIEF FROM THE AUTOMATIC STAY.

_____
RANDOLPH J. HAINES
U.S. BANKRUPTCY JUDGE