Matthew A. Silverman (018919)
Jessica R. Kenney (026615)
**McCarthy ◆ Holthus ◆ Levine**
3636 North Central Avenue
Suite 1050
Phoenix, AZ  85012
(602) 230-8726

Attorneys for Movant,
Deutsche Bank National Trust Company, as Trustee for the Certificateholders of Soundview Home Loan Trust 2006-OPT5, Asset-Backed Certificates, Series 2006-OPT5, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>Jerry D. Rodgers,<br>Francie L. Rodgers,<br><br>                Debtors.<br>_____<br>Deutsche Bank National Trust Company, as Trustee for the Certificateholders of Soundview Home Loan Trust 2006-OPT5, Asset-Backed Certificates, Series 2006-OPT5, its assignees and/or successors,<br><br>                Movant,<br><br>  v.<br><br>Jerry D. Rodgers, Francie L. Rodgers, Debtors; and Russell Brown, Chapter 13 Trustee,<br><br>                Respondents. | In Proceedings Under<br><br>Chapter 13<br><br>Case No. 2:09-bk-08560-RJH<br><br>**MOTION FOR RELIEF FROM AUTOMATIC STAY; SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES** |

File No. AZ-10-31751                      1                      Case No. 2:09-bk-08560-RJH
Motion For Relief From Automatic Stay
Case 2:09-bk-08560-RJH   Doc 38   Filed 07/12/10   Entered 07/12/10 13:52:08   Desc
Main Document    Page 1 of 8

Deutsche Bank National Trust Company, as Trustee for the Certificateholders of Soundview Home Loan Trust 2006-OPT5, Asset-Backed Certificates, Series 2006-OPT5 ("Movant"), by and through its undersigned attorney, moves for termination of all stays and injunctions, pursuant to 11 U.S.C. § 362(d), 11 U.S.C. § 105, Bankruptcy Rules 4001 and 9014 and Local Rule 4001, regarding the real property generally described as 18641 W Western Star Boulevard, Goodyear, AZ 85338-4902.

The relief requested in this Motion is proper for all of the reasons set forth in the Memorandum of Points and Authorities attached hereto and incorporated herein by this reference.

DATED: July 12, 2010

**McCarthy ◆ Holthus ◆ Levine**

By: /s/ Jessica R. Kenney
Jessica R. Kenney, Esq.
3636 North Central Avenue
Suite 1050
Phoenix, AZ 85012
Attorneys for Movant

File No. AZ-10-31751     2     Case No. 2:09-bk-08560-RJH
Motion For Relief From Automatic Stay
Case 2:09-bk-08560-RJH    Doc 38    Filed 07/12/10    Entered 07/12/10 13:52:08    Desc
Main Document     Page 2 of 8

# MEMORANDUM OF POINTS AND AUTHORITIES

1.  On or about 04/27/2009, Debtors filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code. Pursuant to 11 U.S.C. § 362, the Petition stays the commencement or continuation of any proceedings against the Debtors or any act to obtain possession of any property of the Debtors or to enforce any lien against any property of the Debtors.

2.  This Court has jurisdiction pursuant to 28 U.S.C. § 1334. The filing of this Motion commences a contested matter within the meaning of Bankruptcy Rule 9014. Pursuant to Local Bankruptcy Code 4001(b), Movant sent notice to the Debtors' counsel.

3.  On or about 03/20/2006, H&R Block Mortgage Corporation entered into a contract with Jerry Rodgers and Francie Rodgers wherein Debtors agreed to pay the amount of $2,113.33, or more, on or before the first day of every month, beginning on or about 05/01/2006. The obligation is evidenced by a Note and secured by a Deed of Trust. **See Exhibit "1"**.

4.  The Deed of Trust was timely and duly recorded and perfected in accordance with Arizona law as Recorders No. 20060429522 in the office of the Maricopa County Recorder.

5.  Deutsche Bank National Trust Company, as Trustee for the Certificateholders of Soundview Home Loan Trust 2006-OPT5, Asset-Backed Certificates, Series 2006-OPT5 is now the holder of the Note that is Secured by the Deed of Trust and is the real party in interest.

6.  The original principal amount of the Note was $297,500.00, plus interest, costs and attorneys' fees for collection. Currently, but for the defaults in acceleration, the monthly payment pursuant to the Note would be $2,065.66.

7.  The Debtors have failed to make monthly payments, beginning with the month of 11/01/2008, and all subsequent payments, costs, attorneys' fees, interest and accruing late charges. Debtors have been in default for 21 months.

///
///

8. As of 07/12/2010, the amount required to fully reinstate the Debtors' loan post-petition is approximately $47,680.50, itemized as follows:

| | | |
|---|---|---:|
| Unpaid Principal Balance: | $ | 303,349.63 |
| PRE-PETITION DELINQUENCIES: | | |
| Monthly Payments:  6  at  $2,065.66 | $ | 12,393.96 |
| (11/08 through 04/09) | | |
| Late Charges: | $ | 659.67 |
| Total Pre-Petition Delinquencies: | $ | 13,053.63 |
| | | |
| POST-PETITION DELINQUENCIES: | | |
| Monthly Payments:  15  at  $2,065.66 | $ | 30,984.90 |
| ( 05/09 through 07/10 ) | | |
| Escrow Advances: | $ | 1,634.49 |
| Non-Escrow Advances: | $ | 1,334.10 |
| Bankruptcy Attorney Fee: | $ | 650.00 |
| Bankruptcy Filing Fee: | $ | 150.00 |
| Suspense: | $ | (126.62) |
| Total Post-Petition Delinquencies: | $ | 34,626.87 |
| | | |
| Total Delinquencies: | $ | 47,680.50 |
| | | |
| Total Amount Due to Secured Creditor: | $ | 351,030.13 |

9. Pursuant to the Note, Movant has declared the entire unpaid balance of principal and accrued interest, plus all other amounts owed, to be immediately due and payable. As of 07/12/2010, the principal amount owing on the Note secured by the Trust Deed is $351,030.13.

10. Movant has performed all of its obligations required under the Note and Deed of Trust, and all conditions precedent to the Debtors' performance there under have occurred.

### **MOVANT IS NOT RECEIVING ADEQUATE PROTECTION**

11. Pursuant to 11 U.S.C. § 362 subd. (d)(1), Movant is entitled to relief from the automatic stay to enforce its lien for cause, including lack of adequate protection of any interest in the property. Movant is entitled to adequate protection for the present value of the collateral in the form of monthly payments.

12. The Moving Party further seeks relief in order to, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

13. Failure to make post-petition mortgage payments can constitute cause for lifting the stay. The debtor has the burden of showing there is no cause to terminate the stay. In re Ellis, 60 B.R. 432 (9th Cir. BAP 1985). Where cause is shown, courts have no discretion, but must grant relief. In re Ford, 36 B.R. 501 (Dt 1983). Movant has not been provided adequate protection, inasmuch as monthly payments have been in default since 11/01/2008, as more fully set forth in paragraph 8.

14. Movant is not adequately protected. Movant is not receiving regular monthly payments, and is unfairly delayed from proceeding with the foreclosure of the subject Property. Accordingly, relief from the automatic stay should be granted to Movant pursuant to 11 U.S.C. § 362(d)(1).

15. No foreclosure action has been commenced as of this date against the property. Due to the filing of the instant bankruptcy petition, Movant is stayed from proceeding with a foreclosure.

16. Movant sent notice as required by Local Rule 4001-1(b).

## **CONCLUSION**

1. Movant's claim is in default and unpaid by the Debtors.
2. Movant's only form of redress is to look to the secured property.
3. Costs, attorneys' fees and interest continue to mount on Movant's claim, thus completely eroding any and all equity that may be claimed by Respondent.
4. This property is not required for any reorganization.
5. Movant is not adequately protected.

6. Movant is a secured creditor who is at dangerous peril of becoming undersecured as a result of the stays which enjoin Movant from foreclosing its lien. Therefore, pursuant to 11 U.S.C. § 362(d)(2), this Motion should be granted to avoid further erosion of Movant's secured lien position.

## **REQUEST FOR RELIEF**

WHEREFORE, Movant requests that the Court enter its Order granting the following relief:

A. Terminating all stays and injunctions including, but not limited to, the automatic stays under Bankruptcy Code § 362(a)(2) and 105 with respect to the property which is described herein as to the Movant only;

B. For Movant's reasonable attorneys' fees and costs and interest herein incurred and expended; and

C. For such other and further relief as the Court deems just and equitable.

DATED: July 12, 2010

        **McCarthy ◆ Holthus ◆ Levine**

        By: /s/ Jessica R. Kenney
         Jessica R. Kenney, Esq.
         3636 North Central Avenue
         Suite 1050
         Phoenix, AZ 85012
         Attorneys for Movant

File No. AZ-10-31751     6     Case No. 2:09-bk-08560-RJH
Motion For Relief From Automatic Stay

Case 2:09-bk-08560-RJH  Doc 38  Filed 07/12/10  Entered 07/12/10 13:52:08  Desc
Main Document  Page 6 of 8

On 7/12/2010, I served the foregoing documents described as **MOTION FOR RELIEF FROM AUTOMATIC STAY; SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES** on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTORS
Joseph W. Charles
LawOffice@JoeCharles.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/  Ana Martins
Ana Martins

On 7/12/2010, I served the foregoing documents described as **MOTION FOR RELIEF FROM AUTOMATIC STAY; SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES**, on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

COUNSEL FOR DEBTORS
Joseph W. Charles
Law Offices of Joseph W. Charles, P.C.
P.O. Box 1737
Glendale, AZ 85311

DEBTORS
Jerry D. Rodgers
18641 West Western Star Boulevard
Goodyear, AZ 85338

Francie L. Rodgers
18641 West Western Star Boulevard
Goodyear, AZ 85338

///

///

| | |
|---|---|
| 1 | TRUSTEE<br>Russell Brown<br>3838 North Central Avenue, Suite 800<br>Phoenix, AZ 85012 |
| 2 | |
| 3 | |
| 4 | UNITED STATES TRUSTEE<br>Office of the U.S. Trustee<br>230 North First Avenue, Suite 204<br>Phoenix, AZ 85003-1706 |
| 5 | |
| 6 | |
| 7 | SPECIAL NOTICE<br>Bank of America<br>P.O. Box 30750<br>Los Angeles, CA 90030-0750 |

1 TRUSTEE
Russell Brown
2 3838 North Central Avenue, Suite 800
3 Phoenix, AZ 85012

4 UNITED STATES TRUSTEE
Office of the U.S. Trustee
5 230 North First Avenue, Suite 204
6 Phoenix, AZ 85003-1706

7 SPECIAL NOTICE
Bank of America
8 P.O. Box 30750
9 Los Angeles, CA 90030-0750

10
American Home Mortgage Servicing, Inc
11 4875 BELFORT ROAD SUITE 130
JACKSONVILLE, FL 33256
12
13 Deutsche Bank National Trust Company
2112 Business Center Drive, Second Floor
14 Irvine, CA 92612

15 **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**
16

17                                                   /s/ David Fry
18                                                   David Fry

File No. AZ-10-31751      8      Case No. 2:09-bk-08560-RJH
Motion For Relief From Automatic Stay
Case 2:09-bk-08560-RJH    Doc 38    Filed 07/12/10    Entered 07/12/10 13:52:08    Desc
Main Document     Page 8 of 8